United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br>      Plaintiff,<br>    v.<br>TAYLOR MERRILL, et al.,<br>      Defendants. | Case No. 18-cv-05531-SK<br><br>**ORDER TO SHOW CAUSE** |

By order dated February 8, 2019, the Court continued the case management conference in this matter for March 4, 2019 at 1:30 p.m. The Court's Standing Order requires that all parties appear through lead counsel. Jack Silver, lead counsel for Plaintiff California River Watch, without leave of Court or notice to any of the parties, failed to appear at the case management conference held on March 4, 2019, in violation of this Court's orders and Northern District Civil Local Rule 16-10(c). No attorney appeared for Plaintiff. Accordingly, the Court HEREBY issues an ORDER TO SHOW CAUSE ("OSC") why monetary sanctions in the amount of $500 should not be imposed on counsel and why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Mr. Silver shall respond in writing by no later than March 11, 2019 as to why such sanctions should not be imposed. Counsel is also admonished that, in his absence, the Court set dates at the case management conference to which he is bound.

**IT IS SO ORDERED**.

Dated: March 4, 2019

_____
SALLIE KIM
United States Magistrate Judge